[No. 13145-9-III.    Division Three.    November 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DINO
SHANE DONAHUE, *Appellant*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 92-1-00354-0, Christopher E. Culp, J. Pro
Tem., entered March 11, 1993. *Affirmed in part* and *re-
manded* by unpublished opinion per Schultheis, J., con-
curred in by Thompson, C.J., and Sweeney, J.

[No. 13162-9-III.    Division Three.    November 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY
SCHUMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 92-1-00175-4, Kenneth L. Jorgensen, J.,
entered March 31, 1993. *Affirmed* by unpublished opinion
per Thompson, C.J., concurred in by Munson and Sweeney,
JJ.

[No. 16811-1-II.    Division Two.    November 3, 1994.]

LEE R. RAYNOR, ET AL, *Respondents*, v. JOSEPH L.
BOYNTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 88-2-02259-7, Robert L. Harris, J., entered Janu-
ary 8, 1993. *Affirmed* by unpublished opinion per Houghton,
J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 16435-3-II.    Division Two.    November 3, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
CHARLES ZETTLEMOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-02137-6, Rosanne Buckner, J., entered Sep-
tember 17, 1992. *Reversed* and *remanded* by unpublished
opinion per Seinfeld, J., concurred in by Morgan, C.J., and
Alexander, J.